IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **PAUL D. DRAWHORN and RONALD W. POOR,** for themselves and for all others similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>**QWEST COMMUNICATIONS COMPANY, LLC, SPRINT COMMUNICATIONS COMPANY L.P., and LEVEL 3 COMMUNICATIONS, LLC,**<br>  Defendants. | Case No. 1:99-cv-00415-RC<br><br>**SUPPLEMENTAL JOINT REPORT REGARDING ADDITIONAL SETTLEMENT APPROVAL AND REQUEST FOR STATUS CONFERENCE** |

On July 30, 2013, the parties filed a Joint Status Report and Request for Hearing (Doc. 75) concerning their pending Renewed Joint Motion for Preliminary Approval of Class-Action Settlement and Approval of Form and Manner of Notice (Doc. 73).  On August 27, 2013 the parties supplemented that Joint Status Report with information regarding the approval of state-specific versions of the settlement in federal district courts in South Carolina and Utah.  (Doc. 76).  On January 30, 2014, a federal district court in Kentucky granted final approval to the Kentucky version of the settlement, bringing to forty the total number of courts around the country that have granted both preliminary- and final-approval motions.  A copy of the detailed Memorandum Opinion approving the Kentucky settlement over the objections of a Kentucky class member is attached as Exhibit 1.

The parties request that the Court set a status conference or a hearing on the pending Joint Motion at the next available date on the Court's motion calendar.

Dated: February 4, 2014            Respectfully submitted,

/s/ Wayne A. Reaud, Esq.
Wayne A. Reaud, Esq.
John Werner, Esq.
George Michael Jamail, Esq.
**REAUD MORGAN & QUINN**
P. O. Box 26005
Beaumont, TX 77720-6005
rmq@rmqlawfirm.com
jwerner@rmqlawfirm.com
gjamail@rmqlawfirm.com

/s/ Gilbert Irvine Low
Gilbert Irvine Low, Esq.
**ORGAIN, BELL & TUCKER**
470 Orleans, 4th Floor
Beaumont, TX 77701
kvoth@obt.com

/s/ Nels J. Ackerson
Nels J. Ackerson, *pro hac vice*
**ACKERSON KAUFFMAN FEX, PC**
1701 K Street NW, Suite 1050
Washington, DC 20006
(202) 833-8833
nels@ackersonlaw.com

/s/ Eric E. Caugh
Eric E. Caugh, *pro hac vice*
**ZELLE HOFMANN VOELBEL & MASON LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
ecaugh@zelle.com

Brad E. Brewer
**ZELLE HOFMANN VOELBEL & MASON LLP**
901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:  (214) 742-3000
Facsimile:  (214) 760-8994
bbrewer@zelle.com

**Attorneys for Plaintiffs**

/s/ David W. Ledyard  
David W. Ledyard  
**STRONG PIPKIN BISSELL & LEDYARD**  
595 Orleans, Suite 1400  
Beaumont, TX 77701  
Telephone: (409) 981-1100  
E-Mail: dledyard@strongpipkin.com

**Attorneys for Defendants Qwest Communications Company, LLC, Sprint Communications Company L.P., and Level 3 Communications, LLC**

Christopher J. Koenigs (*pro hac vice*)  
Michael B. Carroll (*pro hac vice*)  
**SHERMAN & HOWARD L.L.C.**  
633 Seventeenth Street  
Denver, CO 80202  
Telephone: (303) 299-8458  
E-Mail: ckoenigs@shermanhoward.com  
E-Mail: mcarroll@shermanhoward.com

**Attorneys for Defendant Qwest Communications Company, LLC**

J. Emmett Logan (*pro hac vice*)  
**STINSON LEONARD STREET LLP**  
1201 Walnut, Suite 2900  
Kansas City, MO 64106-2150  
Telephone: 816-691-2745  
E-Mail: elogan@stinsonleonard.com

**Attorneys for Defendant Sprint Communications Company L.P.**

Joseph E. Jones (*pro hac vice*)  
**FRASER STRYKER PC LLO**  
500 Energy Plaza  
409 South 17th Street  
Omaha, NE 68102  
Telephone: 402-978-5215  
E-Mail: jjones@fraserstryker.com

**Attorneys for Defendant Level 3 Communications, LLC**

3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 4, 2013, this Joint Status Report was filed electronically with the Clerk of Court, and that counsel of record will be served, through ECF.

Dated: February 4, 2013.

/s/ Eric E. Caugh
Attorney for Plaintiffs
